USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/06/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICENTE JUAN TIU GARCIA,

Petitioner,

-v-

ACTING FIELD OFFICE DIRECTOR, et al.,

Respondents.

26-cv-6595 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The telephonic case management conference previously scheduled for August 6, 2026 at 12:00 p.m. is rescheduled to August 7, 2026 at 12:00 p.m. Respondents are directed to contact the facility at which Petitioner is being held to ensure that he is produced at the telephonic conference. Parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts.

All communications with the Court by a *pro se* party should be filed with the *Pro Se* Intake Unit by either (1) emailing the communication as an attachment in PDF format to ProSe@nysd.uscourts.gov (for instructions, see https://nysd.uscourts.gov/forms/instructions-filing-documents-email); (2) mailing the communication to the *Pro Se* Intake Unit, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007; or (3) hand-delivering the communication to the Pro Se Intake Unit. No documents or court filings should be sent directly to Chambers. Copies of correspondence between a *pro se* party and counsel shall not be sent to the Court.

The Court respectfully directs the Clerk of Court to mail a copy of this Order to Petitioner at the address listed on the docket for this action. Next friend Angel Fernandez may receive

court documents by email by completing the form, Consent to Electronic Service.[1]

SO ORDERED.

Dated: August 6, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge

[1] For more information about consenting to electronic service, please review the Court's Instructions. If next friend Angel Fernandez consents to receive documents by email, he will no longer receive court documents by regular mail.