USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/07/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICENTE JUAN TIU GARCIA,

Petitioner,

-v-

ACTING FIELD OFFICE DIRECTOR, et al.,

Respondents.

26-cv-6595 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court held a telephonic case management conference in this matter today, August 7, 2026. This Order memorializes the rulings made at the conference:

The Court will hold a further telephonic hearing on August 13, 2026 at 12:00 p.m. Parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts.

As further described below, Petitioner's pending Petition for the writ of *habeas corpus* under 28 U.S.C. § 2241 presents a legal question as to what process is now due to him, if any, before he is removed from the country. The Clerk of Court is respectfully directed to attempt to locate *pro bono* counsel to represent Petitioner for the limited purpose of his pending Petition. *Pro bono* counsel will contact Petitioner directly.[1] *Pro bono* counsel will represent Petitioner

[1] Because volunteer attorneys are a scarce resource, *pro se* litigants are not entitled to their choice of *pro bono* counsel. *Cf. Cooper v. Sargenti*, 877 F.2d 170, 172–73 (2d Cir. 1989). If Petitioner chooses not to work with the volunteer attorney that reaches out to Petitioner, Petitioner's options may be to obtain new counsel on his own or proceed *pro se* in all aspects of this matter.

solely for the purpose of his Petition, and that representation will terminate upon a determination by the Court regarding the Petition.

Petitioner was arrested without a warrant by ICE on August 1, 2026 in the course of its attempt to arrest another individual. Later that same day following the arrest, and after learning that there were pending criminal charges against Petitioner, ICE prepared an INA § 236(a) Initial Custody Determination form as required by a settlement reached in *Velesaca v. Decker*, No. 20-cv-1803 (S.D.N.Y. filed February 28, 2020), and further executed and served a Form I-286 Notice of Custody Determination upon Petitioner, which Petitioner declined to sign.

Respondents represent that following his arrest by ICE, Petitioner accepted an incentivized voluntary departure offer and is currently being detained under 8 U.S.C. § 1226(a) while his voluntary departure is effectuated. *See* Dkt. No. 6 at 2. Respondents allege that Petitioner was presented with an ICE Form I-210 translated into Spanish which indicated that by signing he would forego the option to file any form of relief in immigration court, and that Petitioner signed and executed the form on August 1, 2026. Respondents further argue that 8 C.F.R. § 240.25(b) confers authority on DHS to offer voluntary departure prior to the initiation of removal proceedings, and that the detention authority conferred by 8 U.S.C. § 1226(a) permits ICE to detain Petitioner pending a decision as to whether Petitioner should be removed from the United States. Petitioner denies that he knowingly consented to voluntary departure.

Respondents' answer to the Petition is due today, August 7, 2026. Respondents have taken the position that in light of the fact that there is no Notice to Appear for Petitioner and he has not been placed in removal proceedings given his acceptance of incentivized voluntary departure, there are no immigration court proceedings and that Respondents are not required or able to afford Petitioner a bond hearing.

The parties are directed to inform the Court no later than August 14, 2026 whether they object to an order directing the Clerk of Court to permit electronic access to the file in this case pursuant to Federal Rule of Civil Procedure 5.2(a), keeping Petitioner's A number and other personally identifiable information redacted.

The Clerk of Court is respectfully directed to mail a copy of this Order to Petitioner at the address listed on the docket for this action and to add queenzlilboy1@hotmail.com as an additional email address on the docket for Interested Party Angel Fernandez. Respondents are directed to serve copies of the Court's orders and their answer to the Petition to next friend Angel Fernandez via email at jessekpearce@icloud.com and queenzlilboy1@hotmail.com, and to file proof of such service on the docket.

Respondents are further directed to contact the facility at which Petitioner is currently being held and ensure that Petitioner is able to have telephonic contact with the next friend while Petitioner is being assisted by him. Respondents shall file a letter on the docket no later than August 10, 2026 confirming that the facility will ensure that Petitioner will be able to have such telephonic contact.

SO ORDERED.

Dated: August 7, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge