

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 7, 2026

**By ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Garcia v. Acting Field Office Director et al.,* No. 26 Civ. 6595 (LJL)

Dear Judge Liman:

      This Office represents the government in the above-referenced habeas corpus action, in which the petitioner challenges his detention pending removal by his next friend.  This petition was filed on August 1, 2026.  ECF No. 1.  On August 3, 2026, this Court ordered the government to file a response by August 7, 2026.  ECF No. 3.  Earlier today, the Court held a telephonic conference during which I represented that I was actively working on the government's response, and that I expected to submit the government's response by today's deadline.

      Regrettably, I write respectfully to request a one-business day extension of time for the government to file its response to the petition, until Monday, August 10, 2026.  I make this request because this case appears to present an issue of first impression, specifically that on August 1, 2026, Petitioner agreed to incentivized voluntary departure pursuant to 8 U.S.C. § 1229c(a), but during the conference earlier today, Petitioner indicated that he did not agree to voluntary departure.  As such, additional time is needed for this Office to obtain information from the relevant agencies, including from U.S. Immigration and Customs Enforcement ("ICE").  This information is necessary for the government to prepare and file its response in this case, and unfortunately, given the short deadline in this case, we were unable to obtain the information in time to file our response today despite our best efforts.  The requested extension should provide this Office with sufficient time to obtain the necessary information for the government's response.

      I apologize to the Court for making this request on the date (and in the evening) when the government's response is due.

      This is the government's first request for an extension in this case.  Because Petitioner is detained and *pro se*, I have not been able to request his consent for the requested extension.  I thank the Court for its consideration of this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By:   s/ *Tudor M. Neagu*
    TUDOR M. NEAGU
    Special Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York 10007
    Telephone: (646) 906-5441
    E-mail: tudor.neagu@usdoj.gov
    *Attorney for Respondents*

cc:   Next Friend Angel Fernandez by email at: jessekpearce@icloud.com and
    queenzlilboy1@hotmail.com.

The requested extension is GRANTED.
The government's response to the Petition
shall be filed no later than August 10, 2026.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

August 10, 2026

2