USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICENTE JUAN TIU GARCIA,

Petitioner,

-v-

ACTING FIELD OFFICE DIRECTOR, et al.,

Respondents.

26-cv-6595 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Before the Court is Petitioner's letter motion to compel the Government to transfer Petitioner from Moshannon Valley Processing Center in Philipsburg, Pennsylvania to a facility in or around the Southern District of New York as soon as reasonably possible. Dkt. No. 22. By order of August 14, 2026, the Court directed the Government to respond to Petitioner's letter motion by no later than August 16, 2026 and indicated that it would grant the motion as unopposed in the absence of a timely-filed response. Dkt. No. 23. Having received no response, Petitioner's letter motion is GRANTED as unopposed. The Government shall return Mr. Garcia to a facility in or around this District by no later than August 21, 2026.

Petitioner's request at Dkt. No. 25 is also GRANTED. The Government is directed to produce Mr. Garcia in court for the September 9, 2026 hearing on his Petition for a writ of *habeas corpus*.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 22.

SO ORDERED.

Dated: August 17, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge