USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 08/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

VICENTE JUAN TIU GARCIA,

Petitioner,

-v-

ACTING FIELD OFFICE DIRECTOR, et al.,

Respondents.

---------------------------------------------------------------------X

26-cv-6595 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

A hearing in this case is scheduled for September 9, 2026 at 2:00 p.m. in Courtroom 15C at the 500 Pearl Street Courthouse. The Amended Petition and Respondents' opposition raise disputed issues of fact. Accordingly, the Court is prepared to hear evidence at the hearing. The parties are directed to meet and confer and to file a letter with the Court no later than September 2, 2026, reflecting whether they are prepared for an evidentiary hearing on September 9, 2026 and, if so, the witnesses each party wishes to call and the estimated time for direct and cross-examination. The Court is prepared, at the request of a party, to receive direct testimony by the declarations and affidavits already submitted, subject to cross-examination, and the parties shall indicate whether direct testimony will be presented by such declarations and affidavits.

SO ORDERED.

Dated: August 28, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge