USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/09/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICENTE JUAN TIU GARCIA,

Petitioner,

-v-

ACTING FIELD OFFICE DIRECTOR, et al.,

Respondents.

26-cv-6595 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court held a status conference in this matter today, September 9, 2026. This Order memorializes the rulings made at the conference:

Petitioner is directed to file a letter brief by September 23, 2026 addressing Petitioner's requested relief, including whether the amended petition for a writ of *habeas corpus* is now moot given Petitioner's release from ICE custody. The Government may respond by October 7, 2026.

Electronic access to the file in this case was limited to the parties and their attorneys under Federal Rule of Civil Procedure 5.2(c). But there is substantial public interest in the Administration's enforcement of the immigration laws. Petitioner is directed to file a letter by September 14, 2026 indicating whether he consents to the lifting of the restrictions set forth in Rule 5.2(c) to permit public access to the electronic file of this case, subject to the redaction of Petitioner's A-number and other personally identifiable information.

SO ORDERED.

Dated: September 9, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge