USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

VICENTE JUAN TIU GARCIA,

Petitioner,

-v-

ACTING FIELD OFFICE DIRECTOR, et al.,

Respondents.

---------------------------------------------------------------------X

26-cv-6595 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

By letter dated September 14, 2026, Petitioner indicated his consent to the lifting of the restrictions set forth in Federal Rule of Civil Procedure 5.2(c) to permit public access to the electronic file of this case, subject to the redaction of Petitioner's A-number and other personally identifiable information. Dkt. No. 46.

The Court is not able to redact information from existing filings but can, on a document-by-document basis, treat certain docket entries as subject to the restrictions of Rule 5.2(c) while lifting the restrictions as to others. Petitioner is directed to file a letter by September 24, 2026 identifying which docket entries contain Petitioner's A-number and other personally identifiable information and which should remain subject to the restrictions of Rule 5.2(c). In the absence of a timely-filed letter, the Court will lift the Rule 5.2(c) restrictions on all docketed filings.

SO ORDERED.

Dated: September 17, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge