USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 09/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VICENTE JUAN TIU GARCIA,

Petitioner,

-v-

ACTING FIELD OFFICE DIRECTOR, et al.,

Respondents.

---

26-cv-6595 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court is in receipt of Petitioner's letter at Dkt. No. 50. The Clerk of Court is respectfully directed to treat the following docket entries as subject to the restrictions of Federal Rule of Civil Procedure 5.2(c): Dkt. Nos. 6, 12-1, 12-2, 12-3, 12-4, 13, 35, 40-1, 40-2, 40-3, and 40-4. The Clerk of Court is otherwise directed to lift the restrictions of Rule 5.2(c) as to all remaining docket entries.

SO ORDERED.

Dated: September 25, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge